

**Phillips & Associates, Attorneys At Law, PLLC**
45 Broadway, 28th Floor, New York, NY 10006
Tel: (212) 248-7431 Fax: (212) 901-2107

January 15, 2026

**VIA ECF**
The Honorable Loretta A. Preska
United States District Judge
United States District Court
Southern District of New York
500 Pearl St.
New York, New York 10007

> Re: **Josam Bwalya v. Christian Herald Association, Inc., et al.**
> **1:24- CV-08037(LAP)**

Your Honor:

This office firm represents the Plaintiff in the above-referenced action and we write jointly with counsel for Defendants to request an adjournment of the Settlement Conference scheduled for January 28, 2026.

I have recently  becme the lead attorney in this matter due to attorney Michelle Caiola departing our firm. On January 13, 2026, after a request from attorney Michelle Caiola via the Joint Letter dated January 7, 2026 (Docket No. 36), the Court scheduled a Settlement Conference in this matter for January 28, 2026, at 2:00 p.m. However, on a separate matter I have a previously scheduled mediation conference which is also set for January 28, 2026. In addition, Plaintiff is unavailable on January 28, 2026. In light of the foregoing, I respectfully request that the Court reschedule the Settlement Conference in this matter to any date after January 28, 2026. I have conferred with defense counsel regarding this adjournment, and she consents to this request. This is the first such request by the parties for an adjustment of this conference.

After the parties have consulted on availability, the parties are **unavailable on** the following dates: January 29, February 2, 10, 13, 17 and 23 through 27.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

**PHILLIPS & ASSOCIATES, PLLC**

/s/ Alexander Zugaro

Alexander Zugaro, Esq.
*Azugaro@tpglaws.com*

cc: Counsel of Record via ECF

The previously scheduled conference is adjourned.  Counsel, Plaintiff, and a representative of Defendant shall attend a settlement conference on February 18, 2026, at 10:00 AM in Courtroom 12A. The Clerk of the Court shall close docket number 39. **SO ORDERED.**

Loretta A. Preska, U.S.D.J.                          January 20, 2026