UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSAM BWALYA,

               Plaintiff,

-against-

CHRISTIAN HERALD ASSOCIATION,
INC., et al.,

               Defendants.

No. 24-CV-8037 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The parties shall appear for a settlement conference on April 27, 2026, at 10:00 AM, at 500 Pearl Street, New York, New York 10007, in Courtroom 12A.

**SO ORDERED.**

Dated:    April 15, 2026
           New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge