UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSAM BWALYA,

                  Plaintiff,

-against-

CHRISTIAN  HERALD  ASSOCIATION,
INC., et al.,

                  Defendants.

No. 24-CV-8037 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

The settlement conference scheduled for April 27, 2026, is adjourned.  The parties shall appear for a settlement conference on May 13, 2026, at 2:00 PM, at 500 Pearl Street, New York, New York 10007, in Courtroom 12A.

**SO ORDERED.**

Dated:    April 24, 2026
          New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge